ORIGINAL

AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 13 2004

at 6 o'clock and 45 min. __M
WALTER A. Y. H. CHINN, CLERK

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **DENNIS D. PACE** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | Criminal Number: 1:02CR00164-002 |
| | USM Number: 89027-022 |
| | Donna Gray, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of condition <u>General Condition</u> of the term of supervision.
[ ]  was found in violation of condition(s) _____ after denial or guilt.

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:  9418

Defendant's Residence Address:
None

Defendant's Mailing Address:
None

MAY 10, 2004
Date of Imposition of Sentence

/s/ Susan Oki Mollway
Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

MAY 12 2004
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

CASE NUMBER: 1:02CR00164-002
DEFENDANT: DENNIS D. PACE

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
| --- | --- | --- |
| 1 | Subject failed to report to the Probation Office within 72 hours of his release from custody the U.S. Bureau of Prisons | |
| 2 | Subject pled guilty in the United States District Court, District of Hawaii, to Bank Robbery, in violation of 18 USC 2113(a) | 10/28/03 |

AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:02CR00164-002 | Judgment - Page 3 of 3 |
| DEFENDANT: DENNIS D. PACE | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of EIGHTEEN (18) MONTHS.

This term consists of EIGHTEEN (18) MONTHS as to each of Counts 1 and 2, all terms to run concurrently, but consecutively to the imprisonment term imposed in Criminal No. CR 03-00359SOM-01.

[✓]   The court makes the following recommendations to the Bureau of Prisons:
1) Sheridan; 2) Vocational and Educational Programs.

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal