AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 02-00164DAE 02 |

DENNIS D. PACE
2245 Citron St #4
Honolulu, HI 96826
(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 25 2007

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED TO ARREST DENNIS D. PACE and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order To Show Cause why supervised release should not be revoked

in violation of Title  United States Code, Section(s) .

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *signature* | April 22, 2003 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL          By: David Alan Ezra, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at USMS Hawaii.

| Date Received 4-22-03 | NAME AND TITLE OF ARRESTING OFFICER GLENN D. FERREIRA USDCUSM | SIGNATURE OF ARRESTING OFFICER *signature* |
|---|---|---|
| Date of Arrest 5-10-04 | | |